## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 12/4/07 |
|---|---|
| NAME OF SERVER (PRINT) Harold K. Brode | TITLE Investigator (Schmittinger & Rodriguez) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

Secretary of State    Dover, Del

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rebecca Daniels (Corporation Assistant)

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES — | TOTAL — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 12/4/07    Harold K. Brode
           Date         Signature of Server

Address of Server: 414 S. State Street, Dover, Del 19901
302) 678-5483

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.