## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  12/4/07 |

NAME OF SERVER *(PRINT)*    TITLE

Harold K. Brode    Investigator (Schmittinger & Rodriquez)

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

Secretary of State   Dover, Del  "Served pursuant to 10 Del Code Section 3104"

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Rebecca Daniels

Returned unexecuted:  (Corporation Assistant)

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:  12/4/07    Harold K. Brode
                Date        *Signature of Server*

414 S. State Street
Dover, Del 19901
302)678-5483
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.