## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| CYRIL MADUKE, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 07-00775 (LPS) |
| | ) |
| v. | ) |
| | ) |
| DELAWARE STATE UNIVERSITY, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Marc S. Casarino, Esquire on behalf of defendants Financial Aid Services, Inc. and Darylann Thomas.

                                              **WHITE and WILLIAMS LLP**

                                              **/s/ *Marc S. Casarino***
                                              MARC S. CASARINO (#3613)
                                              824 North Market Street, Suite 902
                                              P.O. Box 709
                                              Wilmington, DE 19899-0709
                                              (302) 467-4501
                                              *Attorney for Defendants,*
                                              *Great Northern Insurance Company and*
                                              *Federal Insurance Company*

Dated: January 4, 2008