IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYRIL MADUKWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.   07-775 *** - LPS |
| ) | |
| DELAWARE STATE UNIVERSITY, ) | |
| an institution of higher education and ) | |
| corporate body; ) | |
| FINANCIAL AID SERVICES, INC., ) | |
| a foreign corporation; ) | |
| ALLEN L. SESSOMS, individually and ) | |
| in his official capacity and as President of ) | |
| Delaware State University; ) | |
| MARK FARLEY, individually and ) | |
| in his official capacity as Vice President ) | |
| for Human Resources and Legislative ) | |
| Affairs of Delaware State University; ) | |
| CAROLYN CURRY, ) | |
| individually and in her official capacity ) | |
| as Vice President for Institutional ) | |
| Advancement of Delaware State University; ) | |
| DARYLANN THOMAS, individually and ) | |
| in her official capacity as Interim Assistant ) | |
| Vice President for Enrollment Services of ) | |
| Delaware State University; ) | |
| PENELOPE HOWE, individually and ) | |
| in her official capacity as Assistant Vice ) | |
| President for Business and Finance ) | |
| of Delaware State University, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**

Defendant Delaware State University ("the University") and individual defendants Allen Sessoms, Mark Farley, Carolyn Curry, and Penelope Howe (collectively the "Individual Defendants"), by and through their undersigned counsel, hereby move to disqualify the law firm of Schmittinger & Rodriguez, P. A. from representation of plaintiff Cyril Madukwe in this action

due to a conflict of interest in violation of the Model Rules of Professional Conduct. The reasons for this Motion are set forth in Defendants' Opening Brief in Support of its Motion to Disqualify, filed concurrently herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: /s/ *Sarah E. DiLuzio*
    Kathleen Furey McDonough (#2395)
    Sarah E. DiLuzio (#4085)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, Delaware 19801
    (302) 984-6000

Attorneys for Defendants
Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry and Penelope Howe

Dated: January 24, 2008
840680

## **CERTIFICATE OF SERVICE**

I hereby certify this 24th day of January that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

    Noel E. Primos, Esquire
    Schmittinger & Rodriguez, P.A.
    414 S State Street
    P.O. Box 497
    Dover, Delaware 19903

    Marc S. Casarino, Esquire
    White and Williams LLP
    824 North Market Street
    Suite 902
    P.O. Box 709
    Wilmington, Delaware 19899

                                                  */s/ Sarah E. DiLuzio*
                                                  Sarah E. DiLuzio (#4085)
                                                  POTTER ANDERSON & CORROON LLP
                                                  1313 North Market Street
                                                  Hercules Plaza, 6th Floor
                                                  Wilmington, DE 19801
                                                  (302) 984-6000
                                                  sdiluzio@potteranderson.com

IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYRIL MADUKWE,<br><br>              Plaintiff,<br><br>v.<br><br>DELAWARE STATE UNIVERSITY,<br>an institution of higher education and<br>corporate body;<br>FINANCIAL AID SERVICES, INC.,<br>a foreign corporation;<br>ALLEN L. SESSOMS, individually and<br>in his official capacity and as President of<br>Delaware State University;<br>MARK FARLEY, individually and<br>in his official capacity as Vice President<br>for Human Resources and Legislative<br>Affairs of Delaware State University;<br>CAROLYN CURRY,<br>individually and in her official capacity<br>as Vice President for Institutional<br>Advancement of Delaware State University;<br>DARYLANN THOMAS, individually and<br>in her official capacity as Interim Assistant<br>Vice President for Enrollment Services of<br>Delaware State University;<br>PENELOPE HOWE, individually and<br>in her official capacity as Assistant Vice<br>President for Business and Finance<br>of Delaware State University,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No.  07-775 *** - LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Defendants Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry and Penelope Howe certifies that opposing counsel was contacted in an effort to reach agreement on the matters set forth in this Motion. Counsel for Plaintiff was unwilling to agree to the relief requested.

                POTTER ANDERSON & CORROON LLP

                By: */s/ Sarah E. DiLuzio*
                    Kathleen Furey McDonough (#2395)
                    Sarah E. DiLuzio (#4085)
                    Hercules Plaza, 6th Floor
                    1313 N. Market Street
                    P.O. Box 951
                    Wilmington, Delaware  19801
                    (302) 984-6000

                Delaware State University, Allen Sessoms,
Dated: January 24, 2008     Mark Farley, Carolyn Curry and Penelope
843573                              Howe

## **CERTIFICATE OF SERVICE**

I hereby certify this 24th day of January that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S State Street
P.O. Box 497
Dover, Delaware 19903

Marc S. Casarino, Esquire
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, Delaware 19899

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
sdiluzio@potteranderson.com