

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

January 24, 2008

**By CM/ECF and Hand Delivery**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware 19801

      Re:   Madukwe v. Delaware State University, et. al.,
              C.A. No. 07-775 *** (LPS)

Dear Judge Stark:

      On behalf of Defendants Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry, and Penelope Howe, enclosed please find courtesy copies of Defendants' Motion to Disqualify Plaintiff's Counsel, Opening Brief in Support of Defendants' Motion to Disqualify Plaintiff's Counsel and Supporting Affidavit, which were filed and served today. In order to protect attorney/client privileged information, the entire opening brief and supporting affidavit were filed under seal.

      Counsel are available at the Court's convenience if Your Honor has any questions.

                                Respectfully,

                                /s/ Sarah E. DiLuzio

                                Sarah E. DiLuzio
                                (Delaware Bar I.D. 4085)

SED/aeo:842824
Enclosures
cc:  Clerk of the Court (by CM/ECF)
      Noel E. Primos, Esquire (by CM/ECF)