

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279  Direct Phone
302 658-1192  Fax

February 1, 2008

**By CM/ECF and Hand Delivery**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware 19801

Re:  Madukwe v. Delaware State University, et. al.,
C.A. No. 07-775 *** (LPS)

Dear Judge Stark:

I write on behalf of Defendants Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry, and Penelope Howe ("Defendants") in response to the Court's Order setting a Rule 16 scheduling teleconference in the above-referenced matter for February 6, 2008. (D.I. 18)

As the Court is aware, Defendants filed a Motion to Disqualify Plaintiff's Counsel, and supporting documents, on January 24, 2008. (D.I. 19, 20, 21) In light of the implications of that motion, Defendants request that the Rule 16 conference be held in abeyance pending resolution of their Motion to Disqualify Plaintiff's Counsel. Defendants strongly believe in the merit of their motion, and it seems to be both unfair and inefficient, to the parties as well as the Court, to agree to a schedule with counsel who may later be disqualified.

We have consulted Plaintiff's counsel, and can relay that plaintiff takes no position on Defendants' request to forego the entry of a scheduling order at this time. However, Plaintiff's counsel believes that it would be helpful to keep the February 6 teleconference on the calendar for purposes of briefly discussing the schedule as it relates to the pending Motion to Disqualify.

Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

Sarah E. DiLuzio
(Delaware Bar I.D. 4085)

The Honorable Leonard P. Stark
February 1, 2008
Page 2

cc:  Clerk of the Court (by CM/ECF)
     Noel E. Primos, Esquire (by CM/ECF)
     Marc Casarino, Esq. (by CM/ECF)

845096