# White and Williams LLP

*824 N. Market Street, Suite 902*
*P.O. Box 709*
*Wilmington, DE 19899-0709*
*Phone: 302.654.0424*
*Fax: 302.654.0245*

*Marc S. Casarino*
*Direct Dial: 302.467.4520*
*Direct Fax: 302.467.4551*
*casarinom@whiteandwilliams.com*

February 1, 2008

**By CM/ECF and Hand Delivery**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, DE 19801

      RE:  **Madukwe v. Delaware State University**
            **C.A. No. 07-775 *** (LPS)**

Dear Judge Stark:

      I write on behalf of defendants Financial Aid Services, Inc. and Darylann Thomas to hereby join in the request of the other defendants represented by Potter, Anderson & Corroon LLP [D.I. 23] to continue the Rule 16 scheduling conference scheduled for February 6, 2008 pending resolution of the outstanding motion to disqualify plaintiff's counsel. I am available at the convenience of the Court to discuss, as necessary.

                              Respectfully yours,

                              WHITE AND WILLIAMS LLP

                By:  */s/ Marc S. Casarino*
                              Marc S. Casarino

cc:  Clerk of Court (by CM/ECF)
      Noel Primos, Esquire (by CM/ECF)
      Sarah DiLuzio, Esquire (by CM/ECF