IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYRIL MADUKWE, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )    C.A. No.  07-775 *** - LPS |
| | ) |
| DELAWARE STATE UNIVERSITY, | ) |
| an institution of higher education and | ) |
| corporate body; | ) |
| FINANCIAL AID SERVICES, INC., | ) |
| a foreign corporation; | ) |
| ALLEN L. SESSOMS, individually and | ) |
| in his official capacity and as President of | ) |
| Delaware State University; | ) |
| MARK FARLEY, individually and | ) |
| in his official capacity as Vice President | ) |
| for Human Resources and Legislative | ) |
| Affairs of Delaware State University; | ) |
| CAROLYN CURRY, | ) |
| individually and in her official capacity | ) |
| as Vice President for Institutional | ) |
| Advancement of Delaware State University; | ) |
| DARYLANN THOMAS, individually and | ) |
| in her official capacity as Interim Assistant | ) |
| Vice President for Enrollment Services of | ) |
| Delaware State University; | ) |
| PENELOPE HOWE, individually and | ) |
| in her official capacity as Assistant Vice | ) |
| President for Business and Finance | ) |
| of Delaware State University, | ) |
| | ) |
|         Defendants. | ) |

## STIPULATION AND ORDER

Plaintiff Cyril Madukwe and Defendants Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry, and Penelope Howe, by and through their undersigned counsel, hereby agree and stipulate that the time within which the plaintiff may file his answering brief in response to Defendants' Motion to Disqualify Plaintiff's Counsel shall be extended to February 18, 2008.

Defendants will file their reply brief in accordance with D. Del. Local Rule 7.1.2.

| SCHMITTINGER & RODRIGUEZ, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Noel E. Primos<br>Noel E. Primos (#3124)<br>414 South State Street<br>P.O. Box 497<br>Dover, Delaware 19903<br>(302) 674-0140<br>nprimos@schmittrod.com | By: /s/ Sarah E. DiLuzio<br>Kathleen Furey McDonough (#2395)<br>Sarah E. DiLuzio (#4085)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>kmcdonough@potteranderson.com<br>sdiluzio@potteranderson.com |
| Attorneys for Plaintiff Cyril Madukwe | Attorneys for Defendants<br>Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry and Penelope Howe |

Dated: February 1, 2008
845933

SO ORDERED this _____ day of _____, 2008.

_____
Judge Leonard P. Stark