IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYRIL MADUKWE, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 07-775-GMS-LPS |
| | * | |
| v. | * | |
| | * | |
| DELAWARE STATE UNIVERSITY, | * | |
| an institution of higher | * | |
| education and corporate body; | * | |
| FINANCIAL AID SERVICES, INC., | * | |
| a foreign corporation; ALLEN | * | |
| L. SESSOMS, individually and | * | |
| in his official capacity as | * | |
| President of Delaware State | * | |
| University; MARK FARLEY, | * | |
| individually and in his | * | |
| official capacity as Vice | * | |
| President for Human Resources | * | |
| and Legislative Affairs of | * | |
| Delaware State University; | * | |
| CAROLYN CURRY, individually | * | |
| and in her official capacity | * | |
| as Vice President for | * | |
| Institutional Advancement of | * | |
| Delaware State University; | * | |
| DARYLANN THOMAS, individually | * | |
| and in her official capacity | * | |
| as Interim Assistant Vice | * | |
| President for Enrollment | * | |
| Services of Delaware State | * | |
| University; and PENELOPE | * | |
| HOWE, individually and in her | * | |
| official capacity as Assistant | * | |
| Vice President for Business | * | |
| and Finance of Delaware State | * | |
| University, | * | |
| | * | |
| Defendants. | * | |

**STIPULATION AND ORDER**

Plaintiff Cyril Madukwe and Defendants Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry, and Penelope Howe, by and through their undersigned counsel, hereby agree and stipulate as follows:

1. The time within which the Plaintiff may file his answering brief in response to Defendants' Motion to Disqualify Plaintiff's Counsel shall be extended to February 18, 2008.

2. The reason for this requested extension is that due to other professional commitments, as well as the need to retrieve and review filed documents in order to respond adequately to the Motion, Plaintiff's counsel is in need of additional time for filing a response.

3. Defendants will file their reply brief in accordance with D. Del. Local Rule 7.1.2.

| SCHMITTINGER & RODRIGUEZ, P.A. | POTTER ANDERSON & CORROON, LLP |
|---|---|
| BY: /s/ NOEL E. PRIMOS<br>NOEL E. PRIMOS, ESQUIRE<br>Bar I.D. #3124<br>414 South State Street<br>P.O. Box 497<br>Dover, Delaware 19903<br>(302) 674-0140<br>nprimos@schmittrod.com<br>Attorney for Plaintiff<br>Cyril Madukwe | BY: /s/ SARAH E. DiLUZIO<br>KATHLEEN FUREY McDONOUGH (#2395)<br>SARAH E. DiLUZIO (#4085)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>kmcdonough@potteranderson.com<br>sdiluzio@potteranderson.com<br>Attorneys for Defendants<br>Delaware State University,<br>Allen Sessoms, Mark Farley,<br>Carolyn Curry and Penelope Howe |

DATED: 2-5-08
NEP:cef

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Gregory M. Sleet

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**STIPULATION AND ORDER**

to be served upon:

Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19801

Marc S. Casarino, Esquire
Casarino Christman & Shalk, P.A.
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899-0709

via electronic service on February 5, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _/s/ NOEL E. PRIMOS_
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff
Cyril Madukwe

DATED: 2-5-08

NEP/wsm