IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYRIL MADUKWE, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 07-775 ***-LPS |
| | * | |
| v. | * | |
| | * | **ENTRY OF APPEARANCE** |
| DELAWARE STATE UNIVERSITY, | * | |
| an institution of higher | * | |
| education and corporate body; | * | |
| FINANCIAL AID SERVICES, INC., | * | |
| a foreign corporation; ALLEN | * | |
| L. SESSOMS, individually and | * | |
| in his official capacity as | * | |
| President of Delaware State | * | |
| University; MARK FARLEY, | * | |
| individually and in his | * | |
| official capacity as Vice | * | |
| President for Human Resources | * | |
| and Legislative Affairs of | * | |
| Delaware State University; | * | |
| CAROLYN CURRY, individually | * | |
| and in her official capacity | * | |
| as Vice President for | * | |
| Institutional Advancement of | * | |
| Delaware State University; | * | |
| DARYLANN THOMAS, individually | * | |
| and in her official capacity | * | |
| as Interim Assistant Vice | * | |
| President for Enrollment | * | |
| Services of Delaware State | * | |
| University; and PENELOPE | * | |
| HOWE, individually and in her | * | |
| official capacity as Assistant | * | |
| Vice President for Business | * | |
| and Finance of Delaware State | * | |
| University, | * | |
| | * | |
| Defendants. | * | |

TO:  Clerk
     U.S. District Court
     District of Delaware
     844 King Street, Room 4209
     Lock Box 18
     Wilmington, DE 19801

PLEASE ENTER the appearance of William D. Fletcher, Jr., Esquire, of Schmittinger & Rodriguez, P.A., as additional counsel for the Plaintiff in the above-captioned action.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar Id No.: 362

BY: _____
NOEL E. PRIMOS
Bar Id No.: 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Plaintiff

Dated: 2/8/08
WDF/ljo