## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### ENTRY OF APPEARANCE

to be served upon:

Kathleen Furey McDonough, Esq.
Sarah E. DiLuzio, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Marc S. Casarino, Esq.
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

by mailing copies and by e-filing at the address shown above,
postage prepaid on ___ 2/8/08 ___.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 2/8/08
WDF/ljo