**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

CYRIL MADUKWE,

Plaintiff,

v.

DELAWARE STATE UNIVERSITY, an institution of higher education and corporate body; FINANCIAL AID SERVICES, INC., a foreign corporation; ALLEN L. SESSOMS, individually and in his official capacity and as President of Delaware State University; MARK FARLEY, individually and in his official capacity as Vice President for Human Resources and Legislative Affairs of Delaware State University; CAROLYN CURRY, individually and in her official capacity as Vice President for Institutional Advancement of Delaware State University; DARYLANN THOMAS, individually and in her official capacity as Interim Assistant Vice President for Enrollment Services of Delaware State University; PENELOPE HOWE, individually and in her official capacity as Assistant Vice President for Business and Finance of Delaware State University,

Defendants.

C.A. No. 07-775 *** - LPS

**PUBLIC VERSION**

**DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**

POTTER ANDERSON & CORROON LLP
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendants Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry and Penelope Howe*

Dated: January 24, 2008
Public Version Dated: February 21, 2008
849793

# TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES ........ ii

NATURE AND STAGE OF PROCEEDINGS ........ 1

SUMMARY OF ARGUMENT ........ 1

I. **REDACTED** ........ 1

STATEMENT OF FACTS ........ 2

A. **REDACTED** ........ 2

B. **REDACTED** ........ 4

ARGUMENT ........ 6

I. **REDACTED.** ........ 6

A. **REDACTED** ........ 6

B. **REDACTED** ........ 11

CONCLUSION ........ 11

# TABLE OF AUTHORITIES

CASES

**Pages**

*Bowden v. KMart Corp.*,
1999 Del. Super. LEXIS 423 ....9

*Cardona v. General Motors Corp.*,
942 F.Supp. 968 (D. N.J. 1996) ....10

*Christian v. Delaware State Univ.*,
1998 WL 960718 (Del. Super.) ....2

*Colorpix Systems of America v. Broan Mfg. Co., Inc.*,
131 F.Supp.2d 331 (D. Conn. 2001) ....10

*Conley v. Chaffinch*,
431 F.Supp.2d 494 (D. Del. 2006) ....8, 9, 10

*Delaware State Univ. Chapter of Am. Ass'n of Univ. Prof. v. Delaware State Univ.*,
1995 WL 523585 (Del. Ch. 1995) ....2

*Delaware State Univ. Chapter of Am. Ass'n of Univ. Prof. v. Delaware State Univ.*,
813 A.2d 1133 (Del. 2003) ....2

*In re Corn Derivatives*,
748 F.2d 157 (3d Cir. 1984) ....7

*In re Meridian Automotive Systems-Composite Operations, Inc.*,
340 B.R. 740 (Bankr. D. Del. 2006) ....9

*Kabi Pharmacia AB v. Alcon Surgical, Inc.*,
803 F. Supp. 957 (D. Del. 1992) ....11

*Lamb-Bowman v. Delaware State Univ.*,
39 Fed. Appx. 748 (3d Cir. 2002) ....2

*Morris v. Delaware State Univ.*,
2000 WL 33654063 (Del. Com. Pl.) ....2

*Motley v. Delaware State University*,
2004 WL 1588317 (Del. Super.) ....3

*Satellite Fin. Planning Corp. v. First Nat'l Bank of Wilmington*,
652 F. Supp. 1281 (D. Del. 1987) ....7, 8

*Underwriters v. Nalibotsky*,
594 F. Supp. 1199 (E.D. Pa. 1984) .......... 7

*United States v. Miller,*
624 F.2d 1198 (3d Cir. 1980) .......... 6

*Webb v. E. I. du Pont de Nemours & Co.*,
811 F. Supp. 158 (D. Del. 1992) .......... 8, 9, 10

**OTHER AUTHORITIES**

Local Rule 83.6(d)(2) .......... 11

Rule 1.9 .......... 6, 10

Rule 1.9(c) .......... 11

Rule 1.10 .......... 11

## NATURE AND STAGE OF PROCEEDINGS

**REDACTED IN ITS ENTIRELY**

## SUMMARY OF ARGUMENT

I. **REDACTED IN ITS ENTIRELY**

## STATEMENT OF FACTS

A. **REDACTED IN ITS ENTIRELY**

B. **REDACTED IN ITS ENTIRELY**

## ARGUMENT

I. **REDACTED IN ITS ENTIRELY**

A. **REDACTED IN ITS ENTIRELY**

1. **REDACTED IN ITS ENTIRELY**

B. **REDACTED IN ITS ENTIRELY**

## CONCLUSION

**REDACTED** Defendants Delaware State University and the Individual Defendants therefore respectfully request that the Court disqualify and order the withdrawal of the law firm of Schmittinger & Rodriguez, P. A. and the individual attorneys involved from representation of plaintiff Cyril Madukwe from all further proceedings in this action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19801
(302) 984-6000

Attorneys for Defendants
Delaware State University, Allen Sessoms, Mark Farley, Carolyn Curry and Penelope Howe

Dated: January 24, 2008
Public Version Dated: February 21, 2008
849793

**CERTIFICATE OF SERVICE**

I hereby certify this 21st day of February, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S State Street
P.O. Box 497
Dover, Delaware 19903

Marc S. Casarino, Esquire
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, Delaware 19899

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
sdiluzio@potteranderson.com