# IN THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYRIL MADUKWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  07-775 *** - LPS |
| | ) | |
| DELAWARE STATE UNIVERSITY, | ) | **PUBLIC VERSION** |
| an institution of higher education and | ) | |
| corporate body; | ) | |
| FINANCIAL AID SERVICES, INC., | ) | |
| a foreign corporation; | ) | |
| ALLEN L. SESSOMS, individually and | ) | |
| in his official capacity and as President of | ) | |
| Delaware State University; | ) | |
| MARK FARLEY, individually and | ) | |
| in his official capacity as Vice President | ) | |
| for Human Resources and Legislative | ) | |
| Affairs of Delaware State University; | ) | |
| CAROLYN CURRY, | ) | |
| individually and in her official capacity | ) | |
| as Vice President for Institutional | ) | |
| Advancement of Delaware State University; | ) | |
| DARYLANN THOMAS, individually and | ) | |
| in her official capacity as Interim Assistant | ) | |
| Vice President for Enrollment Services of | ) | |
| Delaware State University; | ) | |
| PENELOPE HOWE, individually and | ) | |
| in her official capacity as Assistant Vice | ) | |
| President for Business and Finance | ) | |
| of Delaware State University, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MARK FARLEY
## IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY

Dated: January 24, 2008
Public Version Dated: February 21, 2008
849798

# REDACTED IN ITS ENTIRETY

EXHIBIT A

# REDACTED IN ITS ENTIRETY

# EXHIBIT B

# REDACTED IN ITS ENTIRETY

# EXHIBIT C

# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify this 21st day of February, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S State Street
> P.O. Box 497
> Dover, Delaware 19903
>
> Marc S. Casarino, Esquire
> White and Williams LLP
> 824 North Market Street
> Suite 902
> P.O. Box 709
> Wilmington, Delaware 19899

> */s/ Sarah E. DiLuzio*
> Sarah E. DiLuzio (#4085)
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> Hercules Plaza, 6th Floor
> Wilmington, DE 19801
> (302) 984-6000
> sdiluzio@potteranderson.com