## IN THE UNTIED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CYRIL MADUKWE,                                )
                                             )
            Plaintiff,                        )
                                             )
      v.                                      )        C.A. No.   07-775 GMS
                                             )
DELAWARE STATE UNIVERSITY,                    )        **PUBLIC VERSION**
an institution of higher education and        )
corporate body;                               )
FINANCIAL AID SERVICES, INC.,                 )
a foreign corporation;                        )
ALLEN L. SESSOMS, individually and            )
in his official capacity and as President of  )
Delaware State University;                    )
MARK FARLEY, individually and                 )
in his official capacity as Vice President    )
for Human Resources and Legislative           )
Affairs of Delaware State University;         )
CAROLYN CURRY,                                )
individually and in her official capacity     )
as Vice President for Institutional           )
Advancement of Delaware State University;    )
DARYLANN THOMAS, individually and             )
in her official capacity as Interim Assistant )
Vice President for Enrollment Services of     )
Delaware State University;                    )
PENELOPE HOWE, individually and               )
in her official capacity as Assistant Vice    )
President for Business and Finance            )
of Delaware State University,                 )
                                             )
            Defendants.                        )


## DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF THEIR
## MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL

POTTER ANDERSON & CORROON LLP
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendants*
*Delaware State University, Allen Sessoms,*
*Mark Farley, Carolyn Curry and Penelope*
*Howe*

Dated: February 29, 2008
Public Version Dated: March 6, 2008
852938

# TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES ................................................................................................ ii

ARGUMENT ...................................................................................................................... 1

I.     **REDACTED** ........................................................................................................ 1

     A.     **REDACTED** ....................................................................................... 1

     B.     **REDACTED** ....................................................................................... 3

II.    **REDACTED**. ..................................................................................................... 5

III.   **REDACTED**. ..................................................................................................... 7

CONCLUSION ................................................................................................................... 8

# TABLE OF AUTHORITIES

**CASES**                                                                                                    **PAGES**

*Conley v. Chaffinch,*
     431 F. Supp.2d 494 (D. Del. 2006)..............................................................................3, 5, 6

*Delaware State College v. Ricks,*
     *449 U.S. 250 (1980)* ....................................................................................................1

*McKay v. Delaware State Univ.,*
     2000 U.S. Dist. Lexis 14653  (D. Del. 2000)....................................................................4

*Ricks v. Delaware State College,*
     1978 U.S. Dist. LEXIS 15789 (D. Del. Oct.16, 1978) .......................................................2

*Satellite Fin. Planning Corp. v. First Nat'l Bank of Wilmington,*
     652 F. Supp. 1281 (D. Del. 1987)....................................................................................4


**OTHER AUTHORITIES**

Local Rule 83.6(d) .........................................................................................................3

Rule 1.9.......................................................................................................................5, 8

Rule 1.10.......................................................................................................................5

## ARGUMENT

I.   **REDACTED IN ITS ENTIRETY**

    A.   **REDACTED IN ITS ENTIRETY**

    B.   **REDACTED IN ITS ENTIRETY**

II.  **REDACTED IN ITS ENTIRETY**

III. **REDACTED IN ITS ENTIRETY**

### CONCLUSION

Based on the forgoing, as well as the arguments set forth in Defendants' opening brief, Defendants Delaware State University and the Individual Defendants respectfully request that the Court disqualify and order the withdrawal of the law firm of Schmittinger & Rodriguez, P. A. and the individual attorneys involved from representation of plaintiff Cyril Madukwe from all further proceedings in this action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _/s/ Sarah E. DiLuzio_____
    Kathleen Furey McDonough (#2395)
    Sarah E. DiLuzio (#4085)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, Delaware 19801
    (302) 984-6000

    Attorneys for Defendants
    Delaware State University, Allen Sessoms,
    Mark Farley, Carolyn Curry and Penelope Howe

Dated: February 29, 2008
Public Version Dated: March 6, 2008
852938

## CERTIFICATE OF SERVICE

I hereby certify this 6th day of March, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S State Street
P.O. Box 497
Dover, Delaware 19903

Marc S. Casarino, Esquire
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, Delaware 19899

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000
sdiluzio@potteranderson.com

**IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYRIL MADUKWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.   07-775 GMS |
| | ) | |
| DELAWARE STATE UNIVERSITY, | ) | **PUBLIC VERSION** |
| an institution of higher education and | ) | |
| an institution of higher education and | ) | |
| corporate body; | ) | |
| FINANCIAL AID SERVICES, INC., | ) | |
| a foreign corporation; | ) | |
| ALLEN L. SESSOMS, individually and | ) | |
| in his official capacity and as President of | ) | |
| Delaware State University; | ) | |
| MARK FARLEY, individually and | ) | |
| in his official capacity as Vice President | ) | |
| for Human Resources and Legislative | ) | |
| Affairs of Delaware State University; | ) | |
| CAROLYN CURRY, | ) | |
| individually and in her official capacity | ) | |
| as Vice President for Institutional | ) | |
| Advancement of Delaware State University; | ) | |
| DARYLANN THOMAS, individually and | ) | |
| in her official capacity as Interim Assistant | ) | |
| Vice President for Enrollment Services of | ) | |
| Delaware State University; | ) | |
| PENELOPE HOWE, individually and | ) | |
| in her official capacity as Assistant Vice | ) | |
| President for Business and Finance | ) | |
| of Delaware State University, | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL AFFIDAVIT OF MARK FARLEY
IN SUPPORT OF DEFENDANTS' MOTION TO DISQUALIFY**

Dated: February 29, 2008
Public Version Dated: March 6, 2008
852945

# REDACTED IN ITS ENTIRETY

# EXHIBIT A

# REDACTED IN ITS ENTIRETY

# EXHIBIT B

# REDACTED IN ITS ENTIRETY

# EXHIBIT C

# REDACTED IN ITS ENTIRETY

# EXHIBIT D

# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

I hereby certify this 6th day of March, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S State Street
> P.O. Box 497
> Dover, Delaware 19903

> Marc S. Casarino, Esquire
> White and Williams LLP
> 824 North Market Street
> Suite 902
> P.O. Box 709
> Wilmington, Delaware 19899

> */s/ Sarah E. DiLuzio*
> Sarah E. DiLuzio (#4085)
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> Hercules Plaza, 6th Floor
> Wilmington, DE  19801
> (302) 984-6000
> sdiluzio@potteranderson.com