IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CYRIL MADUKWE                            :

    Plaintiff                         :

    v.                                : Civil Action No. 07-775 GMS

DE STATE UNIVERSITY, et al.              :

    Defendants                        :

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this ___14th___ of March 2008, the above-captioned case having been

previously referred to Magistrate Judge Leonard P. Stark on December 5, 2007;

    IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Stark shall:

    1.  Hear and determine all motions to dismiss and motions for judgment on the pleadings

(by report and recommendation).

    2.  Hear and determine all discovery disputes.

    3.  Conduct alternate dispute resolution.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

**FILED**

MAR 1 4 2008

U.S. DISTRICT COURT
DISTRICT CF DELAWARE