IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYRIL MADUKWE, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-775-GMS-LPS |
| DELAWARE STATE UNIVERSITY, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **19th** day of **March, 2008**.

IT IS ORDERED that oral argument on Defendants' pending Motion to Disqualify Plaintiff's Counsel is hereby scheduled for **April 18, 2008** at **10:30 AM** in courtroom 2A before the Honorable Leonard P. Stark.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order

_____
UNITED STATES MAGISTRATE JUDGE