IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYRIL MADUKWE, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 07-775-GMS-LPS |
| | * | |
| v. | * | |
| | * | |
| DELAWARE STATE UNIVERSITY, | * | |
| et al., | * | **PUBLIC VERSION** |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S ANSWERING BRIEF**
**IN OPPOSITION TO DEFENDANTS' MOTION**
**TO DISQUALIFY PLAINTIFF'S COUNSEL**

        SCHMITTINGER & RODRIGUEZ, P.A.
        Noel E. Primos, Esquire
        Bar I.D. #3124
        414 South State Street
        P.O. Box 497
        Dover, Delaware 19903
        (302) 674-0140
        Attorney for Plaintiff

Dated: February 19, 2008

Public Version Dated: April 7, 2008

# REDACTED IN ITS ENTIRETY

# TABLE OF CONTENTS

| | PAGE |
|---|---|
| TABLE OF AUTHORITIES | ii |
| STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDINGS (**REDACTED**) | 1 |
| SUMMARY OF ARGUMENT (**REDACTED**) | 2 |
| STATEMENT OF FACTS | 3 |
|     A. **REDACTED** | 3 |
|     B. **REDACTED** | 5 |
| ARGUMENT | 8 |
| I. **REDACTED** | 8 |
|     A. **REDACTED** | 8 |
|     B. **REDACTED** | 10 |
|     C. **REDACTED** | 11 |
| II. **REDACTED** | 15 |
| CONCLUSION | 18 |

## TABLE OF AUTHORITIES

**CASES**                                                                                                   **PAGES**

*Cohen v. Oasin*,
    844 F. Supp. 1065 (E.D. Pa. 1994) . . . . . . . . . . . . . . . 8

*Conley v. Chaffinch*,
    431 F. Supp. 2D 494 (D. Del. 2006) . . . . . . . . . 8, 12, 15

*Duncan v. Merrill Lynch, Pierce Fenner & Smith*
    646 F. 2D 1020, 1029 (5th Cir. 1991),
    cert. denied, 454 U.S. 895 (1981) . . . . . . . . . . . . 8, 10

*INA Underwriters v. Nalibotsky*
    594 F. Supp. 1199 (E.D. Pa. 1994) . . . . . . . . . . . . . . . 9

*Laker Airways Ltd. v. Pan American World Airways*,
    103 F.R.D. 22, 27 (D.D.C. 1984) . . . . . . . . . . . . . . . . 9

*Satellite Fin. Planning Corp. v. First Nat'l Bank of Wilmington*,
    652 F. Supp. 1281, 1283 (D. Del. 1987) . . . . . . . . . . 8-11


**OTHER AUTHORITIES**

Model Rule of Professional Conduct 1.9 . . . . . . . . . . . 8, 15

**STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDINGS**
**(REDACTED IN ITS ENTIRETY)**

**SUMMARY OF ARGUMENT**
**(REDACTED IN ITS ENTIRETY)**

**STATEMENT OF FACTS**

A. REDACTED IN ITS ENTIRETY
B. REDACTED IN ITS ENTIRETY

**ARGUMENT**

I. REDACTED IN ITS ENTIRETY

   A. REDACTED IN ITS ENTIRETY
   B. REDACTED IN ITS ENTIRETY
   C. REDACTED IN ITS ENTIRETY

II. REDACTED IN ITS ENTIRETY

**CONCLUSION**

In conclusion, for the foregoing reasons, this Court should deny the Motion to Disqualify of Defendants Delaware State University, Allen L. Sessoms, Carolyn Curry, and Penelope Howe.

Respectfully submitted,

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 South State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-0140
Attorney for Plaintiff

Dated: February 19, 2008

Public Version Dated: April 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify this 7th day of April 2008, that the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading via CM/ECF:

KATHLEEN FUREY McDONOUGH, ESQUIRE
SARAH ELIZABETH DiLUZIO, ESQUIRE
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

MARC STEPHEN CASARINO, ESQUIRE
White & Williams, LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 South State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-0140
Attorney for Plaintiff