IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYRIL MADUKWE, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 07-775-GMS-LPS |
| | * | |
| v. | * | |
| | * | |
| DELAWARE STATE UNIVERSITY, | * | |
| et al., | * | **PUBLIC VERSION** |
| | * | |
| Defendants. | * | |

### AFFIDAVIT OF NOEL E. PRIMOS, ESQUIRE
### IN OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY

        SCHMITTINGER & RODRIGUEZ, P.A.
        Noel E. Primos, Esquire
        Bar I.D. #3124
        414 South State Street
        P.O. Box 497
        Dover, Delaware 19903
        (302) 674-0140
        Attorney for Plaintiff

Dated: February 19, 2008

Public Version Dated: April 7, 2008

**REDACTED IN ITS ENTIRETY**

**EXHIBIT A**

**REDACTED IN ITS ENTIRETY**

# EXHIBIT B

# REDACTED IN ITS ENTIRETY

**EXHIBIT C**

**REDACTED IN ITS ENTIRETY**

**EXHIBIT D**

**REDACTED IN ITS ENTIRETY**

**EXHIBIT E**

**REDACTED IN ITS ENTIRETY**

**CERTIFICATE OF SERVICE**

I hereby certify this 7th day of April 2008, that the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading via CM/ECF:

KATHLEEN FUREY McDONOUGH, ESQUIRE
SARAH ELIZABETH DiLUZIO, ESQUIRE
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

MARC STEPHEN CASARINO, ESQUIRE
White & Williams, LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, Delaware 19899-0709

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 South State Street
P.O. Box 497
Dover, Delaware 19903
(302) 674-0140
Attorney for Plaintiff