IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYRIL MADUKWE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 07-775-GMS-LPS |
| | : | |
| DELAWARE STATE UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ANGELE A. OZOEMELAM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 07-804-SLR-LPS |
| | : | |
| DELAWARE STATE UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW this 21st day of April, 2008,

**IT IS HEREBY ORDERED THAT**: No later than Wednesday, April 23, 2008, each party shall file a letter brief, not to exceed three (3) pages, addressing the applicability, if any, of *United States v. Gordon*, 334 F. Supp.2d 581 (D. Del. 2004), to Defendants' pending Motions to Disqualify Counsel (C.A. 07-775-GMS-LPS D.I. 19; C.A. 07-804-GMS-LPS D.I. 8), particularly to the contention that Defendants waived their ability to assert a conflict of interest.

_____
UNITED STATES MAGISTRATE JUDGE