IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYRIL MADUKWE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. No. 07-775-GMS-LPS |
| | : |
| DELAWARE STATE UNIVERSITY, et al., | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **23rd** day of **June, 2008:**

**IT IS ORDERED** that the Rule 16 scheduling teleconference set for June 27, 2008 at 10:00 a.m. with Magistrate Judge Stark is hereby **CANCELED**.

IT IS FURTHER ORDERED that the Rule 16 scheduling teleconference is rescheduled for July 14, 2008 at 1:30 p.m. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.** The parties shall follow the instructions regarding proposed dates contained in the Order issued on May 29th, 2008.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE