LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
1928 - 2008

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

June 27, 2008

United States District Court
District Of Delaware
Attn: John A. Cerino, Chief Deputy Clerk
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware 19801

**SENT VIA U.S. MAIL**

RE:   Cyril Madukwe v. Delaware State University, et al.
      Case No.: 07-775-GMS-LPS

Dear Mr. Cerino:

As you are aware, our firm's representation of the referenced client has been terminated. Please be advised that Mr. Cyril Madukwe's mailing address is: 405 Dogwood Avenue, Dover, Delaware 19904. Please forward any future case documents or correspondence to this address. In addition, he may be contacted at his residence at (302) 735-4585.

Thank you for your attention to this matter.

Very truly yours,

NOEL E. PRIMOS

NEP/wsm