UNITED STAES DISTRICT COURT
DISTRICT OF DELAWARE

CYRIL MADUKE,                                    )
                                                 )
            plaintiff                            ) C.A. No. 07-00775 (LPS)
                                                 )
    V.                                           )
                                                 )
DELAWARE STATE UNIVERSITY, et al.                )
                                                 )
            defendant.                           )

ENTRY OF APPEARANCE

Please enter the appearance of Gary W. Aber, of Aber, Baker, & Over, as attorney on

behalf of and representing the plaintiff.

ABER, GOLDLUST, BAKER & OVER


/s/ Gary W. Aber
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
DATED: July 10, 2008                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was electronically filed via Pacer on July10, 2008.

Kathleen Furey McDonough
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington DE  19801


_____/s/ LEILANI D. MAYLE_____
LEILANI D. MAYLE
Secretary to Gary W. Aber, Esquire