

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Kathleen Furey McDonough**
Partner
Attorney at Law
kmcdonough@potteranderson.com
302  984-6032  Direct Phone
302  778-6032  Fax

July 14, 2008

**By CM/ECF**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware 19801

    Re:  Madukwe v. Delaware State University, et. al.,
          C.A. No. 07-775 (GMS/LPS)

Dear Judge Stark:

    Pursuant to Your Honor's request, enclosed is a revised scheduling order on behalf of the parties which incorporates those dates counsel have agreed to and identifies the few instances where plaintiff and defendants do not agree.

    Counsel are available at the Court's convenience, should Your Honor have any questions.

                            Very truly yours,

                            Kathleen Furey McDonough (#2395)

KFM/aeo:873962
Enclosure
cc:  Clerk of the Court (by CM/ECF)
      Gary W. Aber, Esquire (by CM/ECF)
      Mark S. Casarino, Esquire (by CM/ECF)