

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279  Direct Phone
302 658-1192  Fax

July 14, 2008

**By CM/ECF**

The Honorable Leonard P. Stark
United States District Court
844 King Street, Lock Box 26
Wilmington, Delaware 19801

      Re:    Madukwe v. Delaware State University, et. al.,
               C.A. No. 07-775 (GMS/LPS)

Dear Judge Stark:

      Pursuant to the teleconference this afternoon in the above matter, enclosed for your Honor's review and signature is the final Proposed Scheduling Order.

                         Respectfully,

                         /s/ Sarah E. DiLuzio
                         Sarah E. DiLuzio
                         (Delaware Bar I.D. 4085)

SED:cet
Enclosure
cc:  Clerk of the Court (by CM/ECF)
      Gary W. Aber, Esquire (by CM/ECF)
      Marc Casarino, Esq. (by CM/ECF)

874040