IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYRIL MADUKWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  07-775 (GMS/LPS) |
| | ) | |
| DELAWARE STATE UNIVERSITY, | ) | |
| an institution of higher education and | ) | |
| corporate body; | ) | |
| FINANCIAL AID SERVICES, INC., | ) | |
| a foreign corporation; | ) | |
| ALLEN L. SESSOMS, individually and | ) | |
| in his official capacity and as President of | ) | |
| Delaware State University; | ) | |
| MARK FARLEY, individually and | ) | |
| in his official capacity as Vice President | ) | |
| for Human Resources and Legislative | ) | |
| Affairs of Delaware State University; | ) | |
| CAROLYN CURRY, | ) | |
| individually and in her official capacity | ) | |
| as Vice President for Institutional | ) | |
| Advancement of Delaware State University; | ) | |
| DARYLANN THOMAS, individually and | ) | |
| in her official capacity as Interim Assistant | ) | |
| Vice President for Enrollment Services of | ) | |
| Delaware State University; | ) | |
| PENELOPE HOWE, individually and | ) | |
| in her official capacity as Assistant Vice | ) | |
| President for Business and Finance | ) | |
| of Delaware State University, | ) | |
| | ) | |
| Defendants. | ) | |

**INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A) OF
DEFENDANTS DELAWARE STATE UNIVERSITY,
<u>ALLEN SESSOMS, MARK FARLEY, CAROLYN CURRY, AND PENELOPE HOWE</u>**

Defendant Delaware State University ("the University") and individual defendants Allen Sessoms, Mark Farley, Carolyn Curry, and Penelope Howe (collectively the "Individual Defendants"), hereby make the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

(A) Individuals likely to have knowledge of discoverable information that the University and the Individual Defendants may use to support their claims or defenses, and the subjects of the information:

**Response:**

| Individual | Areas of Knowledge |
|---|---|
| Cyril Madukwe | All aspects of Plaintiff's claims. |

As a current or former employees of the University or one or more of its parent, subsidiary and/or affiliate corporations, the following individuals may not be contacted, except through the undersigned counsel:

| | |
|---|---|
| Carilyn Brinkley | University policies and procedures.<br>Plaintiff's job responsibilities and duties during certain periods of his employment with the University.<br>Plaintiff's performance during his employment with the University. |
| Carolyn Curry | University policies and procedures.<br>Plaintiff's job responsibilities and duties during certain periods of his employment with the University.<br>Plaintiff's performance during his employment with the University.<br>The decision to terminate Plaintiff's employment.<br>Plaintiff's appeal of his termination of his employment. |
| Mark Farley | University policies and procedures.<br>Plaintiff's job responsibilities and duties during certain periods of his employment with the University.<br>Plaintiff's performance during his employment with the University.<br>The decision to terminate Plaintiff's employment.<br>Plaintiff's appeal of his termination of his employment. |

| Penelope Howe | University policies and procedures.<br>Plaintiff's job responsibilities and duties during certain periods of his employment with the University.<br>Plaintiff's performance during his employment with the University.<br>Factors contributing to the decision to terminate Plaintiff's employment.<br>Plaintiff's appeal of his termination of his employment. |
|---|---|
| Darylann Thomas | University policies and procedures.<br>Plaintiff's job responsibilities and duties during certain periods of his employment with the University.<br>Plaintiff's performance during his employment with the University.<br>The decision to terminate Plaintiff's employment.<br>Plaintiff's appeal of his termination of his employment. |

(B) Documents, data, compilations and tangible things in the possession, custody, or control of the University and/or the Individual Defendants that the University and/or the Individual Defendants may use to support its claims or defenses:

**Response:**

1. Documents related to Plaintiff's employment with the University.
2. Documents related to Plaintiff's termination from employment with the University.
3. Plaintiff's personnel file, including performance-related documentation.
4. Documents related to Plaintiff's salary.
5. Documents related to Plaintiff's position descriptions, responsibilities and duties.
6. The University's policies and procedures including, but not limited to, the University's Professional Employee Handbook.
7. Documents related to Plaintiff's pursuit of administrative remedies following the termination of his employment.
8. Documents related to Plaintiff's charge of discrimination filed with the Delaware Department of Labor and the Equal Employment Opportunity Commission.

(C) A computation of any category of damages claimed by the University and the Individual Defendants:

**Response:**    None.

(D)     Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action, or to indemnify or reimburse defendant for payments made to satisfy the judgment:

**Response:**

Employment Practices Liability Insurance with AIG, Policy # SCL 672-68-44.

                                POTTER ANDERSON & CORROON LLP

                                By */s/ Sarah E. DiLuzio*
                                    Kathleen Furey McDonough (#2395)
                                    Sarah E. DiLuzio (#4085)
                                    Hercules Plaza, 6th Floor
                                    1313 North Market Street
                                    P.O. Box 951
                                    Wilmington, DE  19899
                                    (302) 984-6000
                                    kmcdonough@potteranderson.com
                                    sdiluzio@potteranderson.com

Dated: August 18, 2008
878274 / 30428-007

                                    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify this 18th day of August, 2008 that the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
702 King Street
P.O. Box 1675
Wilmington, Delaware

Marc S. Casarino, Esquire
White and Williams LLP
824 North Market Street
Suite 902
P.O. Box 709
Wilmington, Delaware 19899

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000
sdiluzio@potteranderson.com

878889/30428-007