## IN THE UNTIED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYRIL MADUKWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.  07-775 (GMS/LPS) |
| | ) |
| DELAWARE STATE UNIVERSITY, | ) |
| an institution of higher education and | ) |
| corporate body; | ) |
| FINANCIAL AID SERVICES, INC., | ) |
| a foreign corporation; | ) |
| ALLEN L. SESSOMS, individually and | ) |
| in his official capacity and as President of | ) |
| Delaware State University; | ) |
| MARK FARLEY, individually and | ) |
| in his official capacity as Vice President | ) |
| for Human Resources and Legislative | ) |
| Affairs of Delaware State University; | ) |
| CAROLYN CURRY, | ) |
| individually and in her official capacity | ) |
| as Vice President for Institutional | ) |
| Advancement of Delaware State University; | ) |
| DARYLANN THOMAS, individually and | ) |
| in her official capacity as Interim Assistant | ) |
| Vice President for Enrollment Services of | ) |
| Delaware State University; | ) |
| PENELOPE HOWE, individually and | ) |
| in her official capacity as Assistant Vice | ) |
| President for Business and Finance | ) |
| of Delaware State University, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

I hereby certify that on the 18th day of August, 2008, true and correct copies of

DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL

PROCEDURE 26(A) were served U.S. First Class Mail, postage prepaid, on the following counsel of record:

>Gary W. Aber, Esq.
>Aber, Goldlust, Baker & Over
>First Federal Plaza, Suite 600
>702 King Street
>P.O. Box 1675
>Wilmington, Delaware
>
>Marc S. Casarino, Esquire
>White and Williams LLP
>824 North Market Street
>Suite 902
>P.O. Box 709
>Wilmington, Delaware 19899

>POTTER ANDERSON & CORROON LLP
>
>By /s/ Sarah E. DiLuzio
>Kathleen Furey McDonough (#2395)
>Sarah E. DiLuzio (#4085)
>Hercules Plaza, 6th Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899
>(302) 984-6000
>kmcdonough@potteranderson.com
>sdiluzio@potteranderson.com
>
>*Attorney for Defendants*

Dated: August 19, 2008
878983 / 30428-007