## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYRIL MADUKWE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-00775 (LPS) |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE STATE UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 28th day of August, 2008, two copies of the Initial

Disclosures Pursuant to Federal Rule of Civil Procedure 26(A) on behalf of Defendants Financial

Aid Services, Inc. and Daralynn Thomas were served upon the following via U.S. Mail.

Gary W. Aber, Esq.                    Kathleen Furey McDonough, Esq,
Aber Goldlust Baker & Over            Potter Anderson & Corroon, LLP
P.O. Box 1675                         1313 N. Market Street
Wiilmington, DE 19899-1675            P.O. Box 951
                                      Wilmington, DE 19899-0951


**WHITE and WILLIAMS  LLP**


*/s/ Marc S. Casarino*
MARC S. CASARINO (#3613)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709